# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL CASE NOS. 3:09cv154

| | |
|---|---|
| GMAC MORTGAGE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| FLICK MORTGAGE INVESTORS, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Plaintiff GMAC Mortgage, LLC's Motion to Consolidate Cases [Doc. 4].

Local Rule 5.2.1 requires that when a motion to consolidate is filed in a civil action, a notice of the motion must be filed in the proposed member case. LCvR 5.2.1(D). Upon review of the record, the Court notes that the Plaintiff has not filed a notice in the proposed member case, <u>Flick Mortgage Investors, Inc. v. Chicago Title Insurance Company</u>, Civil Case No. 3:09cv125.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Consolidate [Doc. 4] is **DENIED WITHOUT PREJUDICE**, with leave to re-file the same upon compliance with Local Rule 5.2.1.

**IT IS SO ORDERED.**

Signed: April 22, 2009

Martin Reidinger
United States District Judge